**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| In re: GERALD A POZORSKI<br>Debtor(s) | Case No.: 14–34049<br>Chapter 7 |
| ERIK A. AHLGREN, TRUSTEE<br>Plaintiff | Adv. Proc. No. 15–03050 |
| v. | |
| GERALD A POZORSKI<br>Defendant | |

---

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 2C, 2nd floor, 316 North Robert Street, St. Paul, MN 55101

on 7/23/15 at 10:30 AM

to consider and act upon the following:

7 – Application for default judgment filed by Plaintiff ERIK A. AHLGREN, TRUSTEE. Affidavit of default, Affidavit of identification, Affidavit on the merits, Certificate of service. (Ahlgren, Erik)


Dated: 6/30/15                                         Lori Vosejpka
                                                       Clerk, United States Bankruptcy Court


                                                       By: sandy
                                                       Deputy Clerk


**mnbntchrgAP** 03/03/2005 – lm