**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| In re: | BKY 14-34049 |
| Gerald A. Pozorski, | |
| Debtor. | |
| | |
| Erik A. Ahlgren, Trustee, | |
| Plaintiff, | ADV 15-3050 |
| v. | |
| Gerald A. Pozorski, | |
| Defendant. | **JUDGMENT** |

This proceeding came before the Court, and a decision or Order for judgment was duly rendered, the Honorable Katherine A. Constantine, United States Bankruptcy Judge, presiding.

**IT IS HEREBY ORDERED AND ADJUDGED:**

The Debtor's discharge is denied under 11 U.S.C. § 727(a)(2), (3), (4), (5) and (6).

Dated: August 28, 2015

           Lori Vosejpka
           Clerk of Bankruptcy Court

           By   /e/ Jessica H. Nin
           Deputy Clerk

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on   8/28/15

Lori Vosejpka, Clerk By   JHN